*Hold 3½ hours*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

November 7, 2003

2:00 p.m.

CASE NO. **3:02cv863 (RNC)**     **Tougher Industries v. Gilbane Bldg.**

COUNSEL OF RECORD:

| | |
|---|---|
| Thomas H. Asselin ✓ | Smith Gambrell & Russell<br>Promenade II<br>1230 Peachtree St, NE<br>Suite 3100<br>Atlanta, GA 30326-1010 |
| Dennis C. Cavanaugh ✓ | Halloran & Sage<br>One Goodwin Sq.,<br>225 Asylum St.<br>Hartford, CT 06103 |
| Carl Robert Nasto | Corporation Counsel's Office<br>550 Main St.<br>Hartford, CT 06103 |
| John Rose ✓ | Levy & Droney, P.C<br>74 Batterson Park Rd.,<br>PO Box 887<br>Farmington, CT 06034-0887 |
| David E. Rosengren ✓ | Pepe & Hazard<br>Goodwin Square<br>Hartford, CT 06103-4302 |
| Justin S. Scott | Smith Gambrell & Russell<br>Promenade II<br>1230 Peachtree St, NE<br>Suite 3100<br>Atlanta, GA 30326-1010 |

Gary F. Sheldon

Peter E. Strniste

Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

Halloran & Sage
One Goodwin Sq.,
225 Asylum St.
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK