UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOUGHER INDUSTRIES, INC., | : |
|     Plaintiff | : |
| | : |
| VS. | : |
| | : |
| GILBANE BUILDING COMPANY, | : CIVIL ACTION NO. 3:02CV836 (RNC) |
|     Defendant | : |
| | : |
| and | : |
| | : |
| LEARNING CORRIDOR | : DECEMBER 31, 2003 |
| CORPORATION, | : |
|     Third-Party Defendant | : |

### JOINT MOTION FOR CONTINUANCE OF CASE

In the above-captioned case, the parties Tougher Industries, Inc. acting by counsel Thomas H. Asselin, Esq., Gilbane Building Company, by its counsel John Rose, Jr., Esq., and the Learning Corridor Corporation, by its counsel David E. Rosengren, Esq., jointly move the Court to order a continuance and/or an administrative closure of the case, all in accordance with their Settlement Agreement described hereafter.

    1.    The parties agree that Tougher will accept payment of $1,650,000 payment by on or before December 31, 2003 toward settlement of the case.

    2.    After receipt of the said payment of $1,650,000, Tougher will reduce its claim against Gilbane as hereafter set forth and Gilbane will, in turn, reduce its clam against the third-party defendant The Learning Corridor Corporation (hereafter LCC) to $550,000, plus (a) interest at 10% per annum on the $1,650,000 amount from June 12, 2003 to the date the said $1,650,000 is received by Tougher; and (b) interest at 10% per

annum on the $550,000 amount from June 12, 2003 to the date payment of said $550,000 and the two interest amounts set forth in (a) and (b) above to Tougher are made, all of which sums shall be paid no later than August 31, 2004.

3. The parties agree that all of the amounts and payments referenced shall be deemed to be unpaid retainage owed by LCC to Gilbane and unpaid retainage owed by Gilbane to Tougher.

4. Litigation with respect to the claims of and the amounts due to be paid to Tougher by on or before August 31, 2004 shall be stayed, subject to order of the Court, until August 31, 2004. All claims of all the parties will be dismissed, with prejudice, if payment in full is received by on or before August 31, 2004, and the parties will exchange general releases.

5. All other claims and counterclaims of the parties will be dismissed, it being the intent of all the parties to reduce the claims by and between them to a claim for retainage in the total amount set forth in paragraph 2 above.

6. The parties agree that payment and receipt of the amounts referenced herein pursuant to this Settlement Agreement do not constitute admission of liability. Tougher further acknowledges that Gilbane and LCC continue to dispute any and all claims alleged whether alleged against or by Gilbane and/or against or by LCC.

7. Gilbane and LCC reserve their rights to raise any and all defenses (but not counterclaims or setoffs) to Tougher's claims for retainage in the amount of $550,000 as

set forth above if LCC shall not make payment of the $550,000 and the interest amounts set forth in paragraph 2(a) and 2(b) by August 31, 2004.

    The parties by their counsel pray the Court grant this motion and continue the case or administratively close it, in the Court's discretion, all in accordance with the agreement set forth above.

                                Respectfully submitted,

                                GILBANE BUILDING COMPANY

                                BY_____
                                    John Rose, Jr.
                                    Its Attorney

                                TOUGHER INDUSTRIES,

                                BY_____
                                    Thomas H. Asselin
                                    Its Attorney

                                THE LEARNING CORRIDOR
                                CORPORATION

                                BY_____
                                    David E. Rosengren
                                    Its Attorney

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed, via First Class, postage prepaid, to the following on December 31, 2003:

Dennis C. Cavanaugh, Esq.
Peter R. Strniste, Jr., Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Thomas H. Asselin, Esq.
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

David E. Rosengren, Esq.
Gary F. Sheldon, Esq.
Matthew S. Rousseau
Pepe & Hazard, LLP
Goodwin Square
Hartford, CT 06103-4302

                                                                 _____
                                                               John Rose, Jr. ct042228
                                                               Levy & Droney, P.C.
                                                               74 Batterson Park Road
                                                               Farmington, CT 06032
                                                               Tel. (860)676-3000