December 31, 2003                                   Potter v. Dan Perkins Building Co.,
3:02CV863    (RNC)

Re: Joint Motion for Continuance of Case

Granted.  The parties have agreed to stay this action until August 31, 2004
in order to implement a settlement agreement.  The Clerk is directed to close
the file for administrative purposes without prejudice to reopening pursuant
to a motion filed on or before September 30, 2004.  So Ordered.

                                        _____
                                        Robert N. Chatigny, U.S.D.J.