IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Tougher Industries, Inc. | : | Case No. 3:02CV863 (RNC) |
|     Plaintiff, | : | |
| v. | : | |
| Gilbane Building Company, | : | |
|     Defendant, | : | |
| and | : | |
| Gilbane Building Company, | : | |
|     Third Party Plaintiff, | : | |
| v. | : | |
| Learning Corridor Corporation, | : | |
|     Third Party Defendant. | : | May 10, 2005 |

**STIPULATION OF DISMISSAL**

**COME NOW** Plaintiff Tougher Industries, Inc. (hereinafter "Plaintiff"), Defendant and Third Party Plaintiff Gilbane Building Company and Third-Party Defendant Learning Corridor Corporation (hereinafter "Defendants"), by and through their counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby file this joint Stipulation of Dismissal:

**IT IS HEREBY STIPULATED and AGREED,** by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action,

the above-entitled action, including all claims, counterclaims, and third party claims, be and the same hereby is dismissed with prejudice, without cost to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted this 10th day of May, 2005.

PLAINTIFF
TOUGHER INDUSTRIES, INC.

By: _____
   Dennis C. Cavanaugh (ct05814) and
   Peter E. Strniste, Jr. (ct20830) of
   BROWN RAYSMAN MILLSTEIN FELDER
      & STEINER LLP
   CityPlace II, 185 Asylum Street, 10th Fl.
   Hartford, CT 06103
   Its Attorneys

*Of Counsel for Plaintiff:*
Thomas H. Asselin (ct23894)
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

DEFENDANT AND THIRD PARTY
PLAINTIFF
GILBANE BUILDING COMPANY

By: _____
   Jeffrey J. Mirman (ct05433)
   LEVY & DRONEY, P.C.
   74 Batterson Park Road
   Farmington, CT 06032
   Its Attorney

THIRD PARTY DEFENDANT,
LEARNING CORRIDOR CORP.

By: _____
   David E. Rosengren (ct304939)
   PEPE & HAZARD LLP
   225 Asylum Street
   Hartford, CT 06103
   Its Attorneys

## CERTIFICATION

This is to certify that on May 31, 2005, a copy of the foregoing was delivered by U.S. mail, postage pre-paid, to the following:

Peter E. Strniste, Esq.
Brown Raysman Millstein Felder
  & Steiner LLP
CityPlace II, 185 Asylum Street, 10th Flr
Hartford, CT 06103

David E. Rosengren, Esq.
Pepe & Hazard LLP
225 Asylum Street
Hartford, CT 06103

Thomas H. Asselin, Esq.
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

_____
Jeffrey J. Mirman