IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Tougher Industries, Inc. | Case No. 3:02CV863 (RNC) |
| Plaintiff, | |
| v. | |
| Gilbane Building Company, | |
| Defendant, | |
| and | |
| Gilbane Building Company, | |
| Third Party Plaintiff, | |
| v. | |
| Learning Corridor Corporation, | |
| Third Party Defendant. | May 10, 2005 |

## STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Tougher Industries, Inc. (hereinafter "Plaintiff"), Defendant and Third Party Plaintiff Gilbane Building Company and Third-Party Defendant Learning Corridor Corporation (hereinafter "Defendants"), by and through their counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby file this joint Stipulation of Dismissal:

**IT IS HEREBY STIPULATED and AGREED,** by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action,

*June 3, 2005. Approved. So ordered. Robert N. Chatigny, U.S.D.J.*

LIT\902535.1